# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOSEPH W. SMITH, JR.,

      Plaintiff, :

  v.

      Case No. 2:22-cv-1875
      Judge Sarah D. Morrison
      Magistrate Judge Caroline H. Gentry

SHERIFF GEORGE W. LAVENDER, *et. al.*, :

      Defendants.

## ORDER

This matter is before the Court on the April 13, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 28.) Defendant Jennifer Gill filed a motion to dismiss claims against her on December 5, 2022. (ECF No. 22.) Despite being informed of the requirement to file a responsive brief, Plaintiff Joseph Smith did not respond. (ECF No. 25.) On January 30, 2023, Plaintiff was ordered to show cause why the motion should not be granted as unopposed. (ECF No. 27.) Following Plaintiff's failure to comply with the show cause order, the Magistrate Judge recommended granting the motion to dismiss for failure to prosecute and for failure to obey a court order pursuant to Fed. R. Civ. P. 41(b). The time for filing objections has passed with none filed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 28) and all claims against Defendant Gill are **DISMISSED**.

    IT IS SO ORDERED.

                /s/ Sarah D. Morrison
                **SARAH D. MORRISON**
                **UNITED STATES DISTRICT JUDGE**