# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JOSEPH W. SMITH, JR.,

      Plaintiff, :

  v.

                                      Case No. 2:22-cv-1875
                                      Judge Sarah D. Morrison
                                      Magistrate Judge Caroline H.
SHERIFF GEORGE W.              Gentry
LAVENDER, *et. al.*, :

      Defendants.

## ORDER

This matter is before the Court on the July 18, 2023 Report and Recommendation issued by the Magistrate Judge. (ECF No. 32.) The Magistrate Judge recommended that the Court dismiss Mr. Smith's case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) and for failure of service under Fed. R. Civ. P. 4(m). The time for filing objections has passed, and no objections have been filed.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. This matter is hereby **DISMISSED**; the Clerk is **DIRECTED** to **TERMINATE** this case on the docket.

    IT IS SO ORDERED.

                                      /s/ Sarah D. Morrison
                                      **SARAH D. MORRISON**
                                      **UNITED STATES DISTRICT JUDGE**