# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSEPH W. SMITH, JR.,**

      **Plaintiff,**        :

v.        **Case No. 2:22-cv-01875**
       **Judge Sarah D. Morrison**
       **Magistrate Judge Caroline H. Gentry**

**SHERIFF GEORGE W. LAVENDER,** *et al.*,        :

      **Defendants.**

## ORDER

On January 30, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff's case be dismissed for failure to perfect service, failure to identify Defendant Doe, and failure to comply with the Magistrate Judge's orders. (ECF No. 40.) The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed. For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. This case is **DIMISSED** without prejudice to refiling.

    The Clerk is **DIRECTED** to **TERMINATE** the case from the docket.

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON**
                                          **UNITED STATES DISTRICT JUDGE**